1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Helen T. Ramos

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HELEN T. RAMOS,                 ) Case No.: CV 10-5347 FFM
                                    )
12          Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                  )
            Defendant               )
16                                  )
   _____ )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $1,250.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $410.00 as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  August 1, 2011
23
                        /S/ FREDERICK F. MUMM
24                      THE HONORABLE FREDERICK F. MUMM
                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Lawrence D. Rohlfing
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Helen T. Ramos